IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARK ALLEN JENKINS,

    Petitioner,

v.      Civil Action No. 3:17CV737–HEH

ERIC WILSON,

    Respondent.

**MEMORANDUM OPINION**
(Dismissing 28 U.S.C § 2241 Petition Without Prejudice)

Petitioner, a federal inmate proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition. By Memorandum Order entered on November 15, 2017, the Court directed Petitioner, within fifteen (15) days of the date of entry thereof, to complete and return an *in forma pauperis* affidavit. The Court warned Petitioner it would dismiss the action if Petitioner did not return a completed *in forma pauperis* affidavit or pay the filing fee within that time period. More than fifteen (15) days have elapsed since the entry of the November 15, 2017 Memorandum Order and Petitioner has not responded. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

It is so ORDERED.

                                                  /s/
                                      HENRY E. HUDSON

Date: **Jan. 26, 2018**           UNITED STATES DISTRICT JUDGE
Richmond, Virginia